Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of reptile skins the same in all material respects as those passed upon in *Fleming-Joffe, Ltd.* v. *United States* (25 Cust. Ct. 56, C. D. 1263), the claim for free entry under paragraph 1765 was sustained.

**No. 55200.**—Terrazzo & Marble Supply Co., Inc. v. United States, protest 159363–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of travertine stone similar in all material respects to that the subject of Abstract 53963, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, FEBRUARY 1, 1951

**No. 55201.**—Morganite, Inc., et al. v. United States, protests 151028–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 55202.**—Bailey & Griffin, Inc., et al. v. United States, protests 117907–K, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, FEBRUARY 1, 1951

**No. 55203.**—Leacock & Co., Inc. v. United States, protest 125604–K (New York).

Opinion by EKWALL, J. It was stipulated that the Federal Reserve bank certified dual rates of exchange for the currencies involved in the liquidation of the entries for the dates of exportation of the merchandise covered by the entries and that the circumstances relating to the liquidation of the said entries are similar in all material respects to those in Abstract 54732. In view of this stipulation and following the cited decision it was held that the currencies of the invoices covered by certain enumerated entries should have been converted in the manner directed by the judgment of this court in said Abstract 54732, in accordance with Bureau of Customs Circular Letter No. 2675, dated October 19, 1949.

**No. 55204.**—Leading Forwarders, Inc., et al. v. United States, protests 156548–K (B), etc. (New York).

Opinion by EKWALL, J. It was stipulated that the Federal Reserve bank certified dual rates of exchange for the currencies involved in the liquidation of the entries for the dates of exportation of the merchandise covered by the entries and that the circumstances relating to the liquidation of the said entries are similar in all material respects to those in Abstract 54732. In view of this stipulation and following the cited decision it was held that the currencies of the invoices covered by certain enumerated entries should have been converted in the manner directed by the judgment of this court in said Abstract 54732, in accordance with Bureau of Customs Circular Letter No. 2675, dated October 19, 1949.

BEFORE THE FIRST DIVISION, FEBRUARY 6, 1951

**No. 55205.**—De Boir & Livingston, Inc., et al. *v.* United States, protests 36443–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55206.**—Tropical Creations *v.* United States, protest 130129–K (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55207.**—Schall & Co. et al. *v.* United States, protests 152928–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55208.**—Craig Stanton & Co. and The Little Jones Co., Inc. *v.* United States, protests 156703–K and 155235–K (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55209.**—Decorative Crafts, Inc. *v.* United States, protest 165175–K (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 55210.**—Walter T. Ueland et al. *v.* United States, protests 507203–G, etc. (New York).

Opinion by COLE, J. The protests were dismissed.

**No. 55211.**—Kwong Yuen Shing et al. *v.* United States, protests 995740–G, etc. (New York).

Opinion by COLE, J. The protests were dismissed.